WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY, Plaintiff, v. BROOKLYN RAPID TRANSIT COMPANY et al., Defendant.

In the Matter of the Use and Occupation of Property of the Brooklyn City Railroad Company, Respondent, by Lindley M. GARRISON, as Receiver of the Brooklyn Heights Railroad Company, Appellant.

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 86.

Appeal from the District Court of the United States for the Southern District of New York.

An order was entered on the mandate of this court on a former appeal (6 F.[2d] 547), which modified a decree of the District Court. Lindley M. Garrison, receiver of the Brooklyn Heights Railroad Company, appeals. Affirmed.

See, also, 288 F. 221; 291 F. 836, 863.

George N. Hamlin and Harold G. Pickering, both of New York City, for appellant.

Cullen & Dykman, of Brooklyn, N. Y. (William N. Dykman and Sigourney B. Olney, both of Brooklyn, N. Y., of counsel), for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. The order entered is affirmed. By this affirmance we express no opinion as to the matters discussed in the opinion below concerning the issues involved in the ancillary suit there referred to.

Order (20 F.[2d] 932) affirmed, with costs.